IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDSTAR RANGER, INC.,
a Florida corporation,

    Plaintiff,

LIMITLESS CARRIERS CORP.,       Case No:
a New Jersey corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff LANDSTAR RANGER, INC., by and through its undersigned counsel, hereby submits and files its Complaint against Defendant LIMITLESS CARRIERS CORP. ("LIMITLESS"), and in support thereof states as follows:

## INTRODUCTION

1. This is a civil action arising out of a dispute between Plaintiff LANDSTAR RANGER, INC. ("Landstar"), a transportation broker, and Defendant LIMITLESS CARRRIERS, CORP. ("Limitless"), an interstate motor carrier, regarding Limitless' liability for cargo loss and damage during interstate transport under the Carmack Amendment 49 U.S.C § 14706 ("Carmack Amendment") and Limitless' duty to indemnify Landstar for cargo

damage as required under the parties' Transportation Brokerage Agreement ("Agreement"), among other wrongs.

## PARTIES, JURISDICTION, VENUE

2. Landstar is a Florida corporation with its principal place of business located in Jacksonville, Florida.

3. Landstar is a property broker authorized by the Federal Motor Carrier Safety Administration (with a motor carrier number of MC- 178439) that arranges for the interstate transportation of property by various motor carriers. Landstar also holds federal authority as an authorized motor carrier.

4. Limitless is a New Jersey corporation with its principal place of business in Kearny, New Jersey.

5. Limitless is a for hire motor carrier authorized by the Federal Motor Carrier Safety Administration (with a motor carrier number of MC-1057326) to transport property in interstate commerce.

6. This Court has original jurisdiction, pursuant to 28 U.S.C § 1337(a), over claims for cargo loss and damage brought under the Carmack Amendment where the amount in controversy exceeds $10,000.00, as it does here.

7. On or about March 16, 2023, Limitless entered into the Agreement with Landstar, wherein Limitless agreed to transport cargo for Landstar's customers.  The Agreement is attached hereto as **Exhibit A**.

8.  Paragraph 26 of the Agreement provides that:

Each of the parties hereto irrevocably and unconditionally submits itself to the exclusive jurisdiction and venue of the state and federal courts serving Jacksonville, Florida, and any appellate court thereof, in any suit, action or proceeding arising out of or relating to this Agreement and further irrevocably and unconditionally waives any claim or defense that any such suit, action or proceeding brought in any such court has been brought in an inconvenient forum.

9.  Accordingly, Limitless consented to the jurisdiction of this Court and consented to this Court being a proper venue for this action, which arises out of and/or relates to the Agreement.

## **GENERAL ALLEGATIONS**

10. On or about September 28, 2023, M & L Worldwide Logistics ("M & L") contacted Landstar to arrange for transportation of a UPS Tractor (the "Load") on behalf of its customer (the "Customer") from Sparks, Nevada to Visalia, California.

11. Governed by the Agreement, on or about September 28, 2023, Landstar arranged for Limitless to transport the Load from Sparks, Nevada to Visalia, California. A copy of the governing bill of lading (the "Bill of Lading"), is attached hereto as **Exhibit B**.

12. The Load was tendered to Limitless in Sparks, Nevada on or about September 28, 2023, in good condition.

13. Limitless picked up the Load, which was in good condition; however, it failed to deliver the Load to the consignee in the same condition. Instead, the Load arrived at the destination in damaged condition.

14. Specifically, the Load was damaged when Limitless hit an overpass. Photographs of the damaged load and the repair quote are attached hereto as **Exhibit C**.

15. Due to the damage to the Load, the Load required extensive repairs. *See* **Exhibit C**.

16. The Customer submitted a Presentation of Loss and Damage Claim ("Claim Form") to Landstar in the amount of $49,579.63 ("Original Claim Amount")[1], reflecting the amount of damages the Customer suffered as a result of Limitless' failure to deliver the Load in the same condition it was received ("Claim"). A true and correct copy of the Claim Form is attached hereto as **Exhibit D.**

17. Pursuant to an agreement between M & L and Landstar ("Services Contract"), Landstar was liable for the damages stated in the Claim Form, plus additional freight charges incurred to transport the Load to and from the repair shop.

---

[1] The Presentation of Claim Form references the amount of the claim as $49,579.63. However, there were additional freight charges totaling $4,200.00 to transport the Load to and from the shop for repairs. Thus, the total value of the claim is $53,779.63.

18. Accordingly, Landstar paid $53,779.63 to M & L (the "Claim Amount"). A true and correct copy of the payment copy is attached hereto as **Exhibit E**.

19. In consideration of Landstar's Claim payment, Landstar was assigned all rights of the Claim. *See* **Exhibit D**.

20. Landstar retained the undersigned attorney to represent it in this matter and has agreed to pay a reasonable fee for such services.

21. As of the filing of this action, Limitless has failed to accept liability for damage to the Load.

22. All conditions precedent to this action have occurred, been satisfied, or have been waived.

## COUNT ONE - CARMACK AMENDMENT

23. Landstar incorporates paragraphs 1 through 22 as if fully set forth herein.

24. Landstar brings this cause of action based on the assigned rights it possesses from M & L.

25. As the motor carrier in possession of the Load, Limitless is liable to the party entitled to recover for the full actual value of the lost, damaged, or delayed property and cost of transportation under the Carmack Amendment.

26. As the assignee of the Claim, Landstar is the party entitled to recover the full actual value of the lost property and cost of transportation under the Carmack Amendment. See **Exhibit D**.

27. As a direct and proximate result of Limitless' failure to deliver the Load in good condition, Landstar has suffered damages in the amount of $53,779.63.

WHEREFORE, Plaintiff, LANDSTAR RANGER, INC., demands judgment in its favor and against Defendant LIMITLESS CARRIERS CORP. an award of damages totaling $53,779.63, and for any other relief which this Court deems appropriate.

## COUNT TWO – BREACH OF CONTRACT

28. Landstar incorporates paragraphs 1 through 22 as if fully set forth herein.

29. Having duly entered into the Agreement with Landstar, Limitless' carriage of the Load was subject to the Agreement's terms and conditions.

30. Paragraphs 8 and 11 of the Agreement make Limitless wholly responsible for performing the transportation services contemplated by the Agreement and liable for damages arising from cargo loss, damage or delay in the performance of such services.

31. Limitless breached the Agreement by not successfully delivering the Load in the same condition as it was received, and then refusing to respond to or cooperate with Landstar in the resolution of the Claim.

32. Paragraph 9 of the Agreement makes Limitless responsible for defending, indemnifying, and holding Landstar harmless "from and against all loss, liability, judgment, damage, claim, fine, cost or expense, including reasonable attorneys' fees, arising out of or in any way related to" Limitless' performance or breach of the Agreement.

33. Limitless further breached the Agreement by failing to indemnify and hold Landstar harmless for the cargo damage, costs, and attorneys' fees Landstar incurred as a result of Limitless' breach of the Agreement.

34. As a direct result of Limitless' failure to deliver the Load in the same condition as it was received to the intended consignee, Limitless is liable for Landstar's actual damages in the amount of $53,779.63.

35. Landstar has accrued costs and reasonable attorneys' fees in enforcing the Agreement and in pursuing its losses and contractual indemnification from Limitless, which attorneys' fees and costs are recoverable under the Agreement.

WHEREFORE, Plaintiff, LANDSTAR RANGER, INC., demands judgment in its favor and against Defendant, LIMITLESS CARRIERS CORP.,

an award of damages totaling $53,779.63 plus attorneys' fees and costs pursuant to the Agreement, and for any other relief which this Court deems appropriate.

Date: January 29, 2025

Respectfully submitted,

<u>/s/ Sophia Bernard</u>
Sophia Bernard, Esq.
Florida Bar No. 113805
Lauren Feldman, Esq.
Florida Bar No. 0106075
TAYLOR NELSON, PL
20 3rd Street SW, Suite 209
Winter Haven, FL 33880
(863) 875-6950 (tel)
(863) 875-6955 (fax)
sbernard@taylorlawpl.com
lfeldman@taylorlawpl.com
efiling@taylorlawpl.com
*Counsel for Plaintiff*