UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LANDSTAR RANGER, INC., etc.,

    Plaintiff,

v.       CASE NO. 3:25-cv-85-WWB-MCR

LIMITLESS CARRIERS CORP., etc.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Entry of Default Judgment Against Defendant ("Motion") (Doc. 15). For the reasons set forth herein, the Motion is due to be **DENIED without prejudice**.

It is unclear from the Motion exactly what relief Plaintiff is requesting. The Motion begins by requesting entry of judgment "as to damages only." (*Id.* at 1.) However, the Motion ends by requesting entry of judgment "in the amount of $53,779.63, plus attorney's fees, interest, and costs as allowable by law." (*Id.* at 12.) The Motion also states in relevant part: "Plaintiff has accrued costs and reasonable attorneys' fees in enforcing the Agreement and in pursuing its losses and contractual indemnification from Defendant, which attorney's fees and costs are recoverable under the Agreement." (*Id.* at 9.)

In short, it is unclear whether Plaintiff is seeking only damages in the amount of $53,779.63, or also attorneys' fees, costs, and/or interest. Therefore, the Motion will be denied without prejudice. Any new motion must make clear exactly what relief Plaintiff is seeking. If Plaintiff is seeking attorneys' fees, costs, and/or interest, it must brief these issues in any new motion.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 15**) is **DENIED without prejudice**.

**DONE AND ORDERED** in Jacksonville, Florida, on November 6, 2025.

*[signature]*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record